10 A.3d 1201

IN THE MATTER OF ROBERT A. FELMEISTER, AN ATTORNEY
AT LAW (ATTORNEY NO. 020161978).

January 24, 2011.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **ROBERT A. FELMEISTER** of **MERCER-VILLE,** who was admitted to the bar of this State in 1978, and who was suspended from the practice of law for a period of eighteen months, effective March 15, 2005, by Order of this Court filed February 9, 2006, be restored to the practice of law, effective immediately.